# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 15 U.S.C. §1 - Price Fixing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Terms for Count 1: (1) 10 years prison; (2) fine of $1 million; (3) 3 years supervised release; (4) $100 special assessment; and (5) Restitution.

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
DEC 21 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ Kenneth Worsham

**DISTRICT COURT NUMBER**

CR 16  535 CRB

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Tai S. Milder, DOJ-Antitrust

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) _____

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ ____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) ____

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution ____

Has detainer been filed?  ☐ Yes   ☐ No   } If "Yes" give date filed ____

DATE OF ARREST ▶ Month/Day/Year ____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year ____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount: ____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: ____        Before Judge: ____

Comments:

PENALTY SHEET

Individual:     **Kenneth Worsham**

15 U.S.C. § 1 –  Price Fixing (Count 1)
<u>Maximum Penalties</u>:
1. A term of imprisonment of 10 years
2. A fine of $1 million, or two times the gross gain or loss, whichever is greater
3. A period of supervised release of not more than 3 years
4. $100 special assessment per count ($100)
5. Restitution

TAI S. MILDER (CSBN 267070)
LESLIE A. WULFF (CSBN 277979)
ANN CHO LUCAS (CSBN 309026)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Tai.Milder@usdoj.gov

Attorneys for the United States



## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **CR 16     535** |
|---|---|
| Plaintiff, | Case No. 16 CR _____ |
| v. | **INFORMATION** |
| KENNETH WORSHAM, | 15 U.S.C. § 1 — Price Fixing |
| Defendant. | |



The United States of America, acting through its attorneys, charges:

I.

DESCRIPTION OF THE OFFENSE

1. KENNETH WORSHAM ("defendant") is hereby made defendant on the charge contained in this Information.

2. Beginning as early as 2011 and continuing until in or about 2013, the exact dates being unknown to the United States, in the Northern District of California and elsewhere, the defendant and his coconspirators knowingly entered into and engaged in a combination and conspiracy to fix, raise, and maintain the prices of packaged seafood sold in the United States. The combination and conspiracy engaged in by the defendant and

coconspirators was an unreasonable restraint of interstate commerce in violation of Section 1 of the Sherman Antitrust Act (15 U.S.C. § 1).

3. The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendant and coconspirators, the substantial terms of which were to fix, raise, and maintain prices of packaged seafood.

4. Packaged seafood includes shelf-stable tuna fish.

## II.
## DEFENDANT AND COCONSPIRATORS

5. During the time period covered by this Information, the defendant was a resident of California and a citizen of the United States. From at least as early as May 2000 until at least as late as December 2016, the defendant was employed by Company A as a Senior Vice President of Trade Marketing.

6. Company A, an unindicted coconspirator company, is an entity organized and existing under the laws of Delaware with its principal place of business in San Diego, California.

7. During the period covered by this Information, Company A was a producer of packaged seafood and was engaged in the sale of packaged seafood in the United States and elsewhere.

8. Various business organizations and individuals, not made defendants in this Information, participated as coconspirators in the offense charged in this Information and performed acts and made statements in furtherance of it.

9. Whenever in this Information reference is made to any act, deed, or transaction of any business organization, the allegation means that the business organization engaged in the act, deed, or transaction by or through its officers, directors, employees, agents, or other representatives while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

\\
\\

## III.

## MEANS AND METHODS OF THE CONSPIRACY

10. For the purpose of forming and carrying out the charged combination and conspiracy, the defendant and his coconspirators did those things that they combined and conspired to do, including, among other things:

    a. engaged in conversations and discussions and attended meetings with representatives of other major packaged-seafood-producing firms;

    b. agreed and reached mutual understandings during these conversations, discussions, and meetings, to fix, raise, and maintain the prices of packaged seafood sold in the United States; and

    c. negotiated prices and issued price announcements for packaged seafood in accordance with the agreements and mutual understandings reached.

## IV.

## TRADE AND COMMERCE

11. During the period covered by this Information, packaged seafood sold by the defendant and one or more of the coconspirator firms, and equipment and supplies necessary to the production and distribution of packaged seafood, as well as payments for packaged seafood, traveled in interstate commerce.

12. During the period covered by this Information, the business activities of Company A and its coconspirators in connection with the sale of packaged seafood were within the flow of, and substantially affected, interstate commerce.

\\
\\
\\
\\
\\
\\
\\

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

_____
Renata B. Hesse
Acting Assistant Attorney General

_____
Brent Snyder
Deputy Assistant Attorney General

_____
Marvin N. Price
Director of Criminal Enforcement
United States Department of Justice
Antitrust Division

_____
Brian Stretch
United States Attorney
Northern District of California

_____
E. Kate Patchen
Chief, San Francisco Office

_____
Tai S. Milder
Leslie A. Wulff
Ann Cho Lucas
Trial Attorneys
United States Department of Justice
Antitrust Division

INFORMATION                 4