TAI S. MILDER (CSBN 267070)
LESLIE A. WULFF (CSBN 277979)
ANN CHO LUCAS (CSBN 309026)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Tai.Milder@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER SCOTT CAMERON,<br><br>    Defendant. | NO. 16-CR-0501-EMC |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH WORSHAM,<br><br>    Defendant, | 16-CR-0535-EMC<br><br>**RULE 12.4 STATEMENT RE: ORGANIZATIONAL VICTIM** |

Under Rule 12.4 of the Federal Rules of Criminal Procedure, the United States must provide the Court with a statement identifying corporate victims of criminal activity. Fed. R. Crim. P. 12.4(a)(2). The United States must also provide certain ownership information concerning corporate victims to the

//

1  extent this information is available through due diligence. *Id.* This information is intended to aid the
2  Court in determining whether recusal is appropriate. *See* Fed. R. Crim. P. 12.4 advisory committee's
3  note.

4        Antitrust conspiracies often affect dozens or even hundreds of corporate victims at various levels
5  of the downstream market. The instant case is no exception. Dozens of companies directly purchased
6  packaged-seafood products from the conspirators in this case during the conspiracy period. Even with
7  the exercise of due diligence, the United States could not inform the Court of the identity and ownership
8  of all these potential corporate victims.

9        Based on information currently available, however, the United States has identified what it
10 believes are some of the largest customers potentially affected by the alleged conspiracy. These
11 customers are listed below. The United States believes that this list should allow the Court to make an
12 informed decision of whether it has any "financial interest in the subject matter of the controversy." *Id*.
13 (quoting Code of Judicial Conduct, Canon 3C(1)(c) (1972)). Should the Court require further
14 information or further identification of the companies listed, the United States will do its best to supply
15 the additional information. The United States does not anticipate filing a separate statement regarding
16 organizational victims for every related case brought before the Court, but will supplement this filing as
17 appropriate.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

RULE 12.4 STATEMENT RE:
ORGANIZATIONAL VICTIM
NO. 16-CR-0501-EMC AND 16-CR-0535-EMC     2

| | |
|---|---|
| 99 Cents Only | Kroger |
| Albertsons | Market Basket |
| Aldi | Meijer |
| AWG | Merchants Distributors |
| Associated Wholesalers | Piggly Wiggly |
| Big Lots | Price Chopper |
| BJ's Wholesale Club | Publix |
| Bozzuto's | Roundy's |
| Brookshire Grocery | Safeway |
| C&S Wholesale Grocers | Sam's Club |
| Costco Wholesale | Save-A-Lot |
| CVS Pharmacy | Schnucks |
| Dollar General | ShopRite Supermarkets |
| Dollar Tree | SpartanNash |
| Dot Foods | Stop & Shop |
| Family Dollar | SuperValu |
| Food City | Sysco Corporation |
| Food Lion | Target |
| General Trading | Trader Joe's |
| Giant-Carlisle | Unified Western Grocers |
| Hannaford | Walgreens |
| H-E-B Grocery Stores | Walmart |
| Hy-Vee | WinCo Food |
| Krasdale Foods | |

Dated: January 12, 2017

Respectfully submitted,

*/s/ Tai S. Milder*
Tai S. Milder
Trial Attorney
United States Department of Justice
Antitrust Division

RULE 12.4 STATEMENT RE:
ORGANIZATIONAL VICTIM
NO. 16-CR-0501-EMC AND 16-CR-0535-EMC          3