UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** March 15, 2017        **Time:**  15 minutes              **Judge:**  EDWARD M. CHEN

**Case No.:**  CR16-0535EMC     **Case Name:** UNITED STATES v. Kenneth Worsham

**Attorney for Plaintiff:**    Ann Lucas and Leslie Wulff
**Attorney for Defendant:** Jeffrey Rutherford and Jordan Ludwig

**Deputy Clerk:** Betty Lee                          **Court Reporter:** Belle Ball
**Interpreter:**    N/A                              **Probation Officer:** N/A

### PROCEEDINGS

CHANGE OF PLEA

### SUMMARY

Plea agreement filed.  Defendant pled guilty to Count 1 of the Information.  Status to set
sentencing date is scheduled for 10/4/17 at 2:30 p.m.  Defendant remains released on O/R.