LESLIE A. WULFF (CSBN 277979)
MANISH KUMAR (CSBN 269493)
ANN CHO LUCAS (CSBN 309026)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Leslie.Wulff@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WORSHAM,<br><br>Defendant. | No: 16-CR-0535-EMC<br><br>**JOINT STIPULATION TO EXTEND STATUS HEARING RE SENTENCING** |

The parties jointly request to reset the date for the status hearing to set sentencing in the above captioned matter to March 28, 2018 at 2:30 p.m. The defendant continues to cooperate in the ongoing investigation.

DATED: August 31, 2017                                  Respectfully submitted,


/s/ Leslie A. Wulff
LESLIE A. WULFF
Trial Attorney
MANISH KUMAR
Assistant Chief
U.S. Department of Justice
Antitrust Division


/s/ Jeffrey H. Rutherford *
Jeffrey H. Rutherford
Jordan L. Ludwig
CROWELL & MORING LLP
515 South Flower Street, 40th Fl.
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

*Attorneys for Defendant
Kenneth Worsham*

* *with permission*



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIP. TO EXTEND
STATUS HEARING

1