LESLIE A. WULFF (CSBN 277979)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Leslie.Wulff@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KENNETH WORSHAM, <br> Defendant. | No: 16-CR-0535-EMC <br><br> **JOINT STIPULATION TO CONTINUE STATUS HEARING RE: SENTENCING** |

JOINT STIP. AND ORDER TO
CONTINUE STATUS HEARING            1
CASE NO. 16-CR-0535 EMC

The parties jointly request to reset the date for the status hearing to set sentencing in the above-captioned matter to September 26, 2018 at 2:30 p.m.  The defendant continues to cooperate in the ongoing investigation.

DATED: March 16, 2018                               Respectfully submitted,


                                                    /s/ Leslie A. Wulff
                                                    LESLIE A. WULFF
                                                    Trial Attorney
                                                    U.S. Department of Justice
                                                    Antitrust Division


                                                    /s/  Jeffrey H. Rutherford *
                                                    Jeffrey H. Rutherford
                                                    Jordan L. Ludwig
                                                    CROWELL & MORING LLP
                                                    515 South Flower Street, 40th Fl.
                                                    Los Angeles, CA 90071
                                                    Telephone: (213) 622-4750
                                                    Facsimile: (213) 622-2690

                                                    *Attorneys for Defendant*
                                                    *Kenneth Worsham*


                                                    * with permission

JOINT STIP. TO CONTINUE
STATUS HEARING                        2
CASE NO. 16-CR-0535 EMC