LESLIE A. WULFF (CSBN 277979)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Leslie.Wulff@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WORSHAM,<br><br>Defendant. | No: 16-CR-0535-EMC<br><br>**JOINT STIPULATION TO CONTINUE STATUS HEARING RE: SENTENCING**<br>ORDER |

JOINT STIP. AND ORDER TO
CONTINUE STATUS HEARING               1
CASE NO. 16-CR-0535 EMC

1     The parties jointly request to reset the date for the status hearing to set sentencing in the
2 above-captioned matter to September 26, 2018 at 2:30 p.m.  The defendant continues to
3 cooperate in the ongoing investigation.

DATED: March 16, 2018                                                Respectfully submitted,

/s/ Leslie A. Wulff
LESLIE A. WULFF
Trial Attorney
U.S. Department of Justice
Antitrust Division


/s/  Jeffrey H. Rutherford *
Jeffrey H. Rutherford
Jordan L. Ludwig
CROWELL & MORING LLP
515 South Flower Street, 40th Fl.
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

*Attorneys for Defendant*
*Kenneth Worsham*


\* with permission



IT IS SO ORDERED
Judge Edward M. Chen

JOINT STIP. TO CONTINUE
STATUS HEARING                        2
CASE NO. 16-CR-0535 EMC