LESLIE A. WULFF (CSBN 277979)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone: (415) 934-5300
Facsimile: (415) 934-5399
Leslie.Wulff@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: 16-CR-0535-EMC |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE STATUS HEARING RE: SENTENCING** |
| v. | |
| KENNETH WORSHAM, | |
| Defendant. | |

The parties jointly request to reset the date for the status hearing to set sentencing in the above-captioned matter to March 27, 2019 at 2:30 p.m.  The defendant continues to cooperate in the ongoing investigation.

DATED: September 11, 2018                                   Respectfully submitted,


/s/ Leslie A. Wulff
LESLIE A. WULFF
Trial Attorney
U.S. Department of Justice
Antitrust Division


/s/  Jeffrey H. Rutherford *
Jeffrey H. Rutherford
KENDALL BRILL KELLY
10100 Santa Monica Blvd., Ste 1725
Los Angeles, CA 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

Jordan L. Ludwig
CROWELL & MORING LLP
515 South Flower Street, 40th Fl.
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690

*Attorneys for Defendant
Kenneth Worsham*


* with permission