UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 16-cr-00535-EMC |
| v. | **ORDER TO CONTINUE STATUS HEARING RE: SENTENCING** |
| KENNETH WORSHAM, | |
| Defendant. | |

The parties stipulated that for the above-captioned matter, the date for the status hearing to set sentencing should be moved to April 15, 2020 at 2:30 p.m.

IT IS HEREBY ORDERED that, for good cause shown, the status hearing in the above-captioned matter is continued to April 15, 2020 at 2:30 p.m.

Dated: 1/16/2020

_____
HONORABLE EDWARD M. CHEN
United States District Judge

[PROPOSED] ORDER TO CONTINUE
STATUS HEARING
No. 16-cr-00535-EMC      1