KENDALL BRILL & KELLY LLP
Jeffrey H. Rutherford (181695)
  jrutherford@kbkfirm.com
Shauna E. Woods (300339)
  swoods@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone:   310.556.2700
Facsimile:    310.556.2705

CROWELL & MORING LLP
Jordan L. Ludwig (277952)
  jludwig@crowell.com
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone:   213.622.4750
Facsimile:    213.622.2690

Attorneys for Kenneth Worsham

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>KENNETH WORSHAM,<br><br>            Defendant. | Case No. 16-cr-00535-EMC<br><br>**NOTICE OF MANUAL FILING RE: DOCUMENTS SUBMITTED UNDER SEAL**<br><br>Judge:  Edward M. Chen<br>Dept.   Courtroom 5 – 17th Floor |

## MANUAL FILING NOTIFICATION

Please take notice that following documents are being submitted under seal with the Clerk of the Court:

1. Defendant Kenneth Worsham's Unredacted Version of his Sentencing Memorandum;

2. Unredacted Version of Exhibit A to Defendant Kenneth Worsham's Unredacted Sentencing Memorandum; and

3. Unredacted Version of Exhibit C to Defendant Kenneth Worsham's Unredacted Sentencing Memorandum.

This filing is in paper form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, you be served via email shortly.

This filing was not e-filed pursuant to Criminal Local Rule 56.1 (a), which prohibits the electronic filing of sealed documents in criminal cases.

DATED: April 14, 2021          KENDALL BRILL & KELLY LLP

By:   /s/ Jeffrey H. Rutherford
      Jeffrey H. Rutherford
      Attorneys for Kenneth Worsham